**[6bjreaf]** [ORDER APPROVING or DENYING REAFFIRMATION AGREEMENT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                             Case No. 6:10–bk–21147–KSJ
                                                                                 Chapter 7

Nancy M Kepler
3024 Foxboro Circle
Deltona, FL 32738

_____Debtor(s)_____/

ORDER DENYING REAFFIRMATION AGREEMENT

   This case came on for hearing on April 12, 2011, on the reaffirmation agreement made by the pro se debtor with the creditor, Household Finance Corp III. re: 3024 Foxboro Circle, Deltona, Florida 32738 (Doc. No. 16 ). After reviewing the file, agreement and considering the positions of all parties in interest, it is

   ORDERED:

The reaffirmation agreement is denied as not in the best interest of the debtor or debtors.

   DONE AND ORDERED on April 12, 2011 .

_____
Karen S. Jennemann
United States Bankruptcy Judge

.